Opinion issued December 13, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00930-CR

———————————

In re ted lawrence robertson, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator, Ted Lawrence Robertson, petitioned for writ of
mandamus asking that we declare void the nunc pro tunc judgment rendered by the trial court on February 11,
2009.  He further requests that we order
the trial court to vacate or set aside that judgment.[1]

          We deny the petition for writ of
mandamus.  See Tex. R.
App. P. 52.3 (providing proper form and
contents for petitions for writ of mandamus, including necessary contents of
appendix).  

PER CURIAM

 

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).

 











[1]           The underlying case is Ted Lawrence Robertson v. State of Texas,
No. 940376 (174th Dist. Ct., Harris Cnty., Tex.), the
Honorable Ruben Guerrero presiding.